HERMAN LUTTER, APPELLANT, v. ALBERT NEUBAUER, RESPONDENT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 100 *N. J. L.* 17.

For the appellant, *Louis J. Beers.*

For the respondent, *Walter C. Ellis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 12.

*For reversal*—None.